UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NICOLE L. BOISDORE                                                                                              PLAINTIFF

V.                                                                              CIVIL ACTION NO. 1:08cv513-LTS-JMR

MERITPLAN INSURANCE COMPANY                                                                         DEFENDANT

## **ORDER**

For the reasons given in an order entered on February 12, 2009, in *Van Pelt v. Meritplan Insurance Co.*, No. 1:08cv404 (docket entry [30]),

**IT IS ORDERED**:

Defendant's [15] Motion to Compel Arbitration is **DENIED**;

Defendant's [21] Motion for Protective Order and to Stay Proceedings is **DENIED**;

**SO ORDERED** this the 18th day of February, 2009.

                                                    s/ <u>L. T. Senter, Jr.</u>
                                                    L. T. SENTER, JR.
                                                    SENIOR JUDGE